IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-50660-alt** |
| **ALPHA BUILDING CORPORATION,** | § | |
| **DEBTOR** | § | **CHAPTER 7 PROCEEDING** |

## NO-ASSET REPORT

The undersigned trustee reports to the Court that the Section 341 Meeting of Creditors was concluded on 6/19/26; that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that this report be approved, and that I be discharged from any further duties as trustee.

The undersigned trustee certified that on this date, the original and three (3) copies of this report were mailed to the United States Trustee for review, and a copy was mailed to the Debtor(s) and the attorney for the debtor(s).

## REPORT OF ABANDONMENT

Pursuant to local rule 6007(a)(1), the undersigned trustee reports the abandonment of the following property (if real property, give legal description): N/A

The trustee is satisfied that the above-described property has no value to the estate because: N/A

Dated: 7/13/26

/s/ Randolph N. Osherow

RANDOLPH N. OSHEROW, Ch. 7 Trustee
State Bar No. TX15335500
342 WEST WOODLAWN, # 100
SAN ANTONIO, TX 78212
(210) 738-3001