**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE: ALPHA BUILDING CORPORATION** | § | **CHAPTER 7** |
| **DEBTOR** | § | **CASE NO. 26-50660-alt** |

MOTION TO CONTINUE HEARING ON OBJECTION TO NO-ASSET REPORT AND REPORT OF ABANDONMENT

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee, and files his Motion to Continue Hearing regarding Objection to Trustee's No-Asset Report and Report of Abandonment. The Trustee would show the Court the following:

1. On 3/14/26 this case was filed as a Chapter 7 Bankruptcy under Chapter 7 of the Bankruptcy Code; Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's bankruptcy estate and continues to act in that capacity.

2. This Motion filed by the Trustee asks the Court to continue the hearing regarding Objection to Trustee's No-Asset Report and Report of Abandonment. scheduled for August 24, 2026 at 10 am, and reschedule it for 30 days, to give the parties involved, time to resolve this matter. Space Exploration Technologies Corp. is working on a proposal to the Trustee to resolve this objection to the abandonment of the Chapter 5 Causes of Actions. The Trustee believes that giving Space Exploration Technologies Corp. 30 days to make such a proposal, is in the best interest of the bankruptcy estate.

3. This Motion to Continue has not been filed for the purposes of delay, but in the interest of getting this matter resolved.

4. WHEREFORE, the Trustee prays the Court continue/reset the hearing regarding the Objection to Trustee's No-Asset Report and Report of Abandonment and that same be reset for 30 days from August 24, 2026.

Respectfully submitted the 19 day of August, 2026.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

A copy of the proposed Order attached as Exhibit "A".

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE: ALPHA BUILDING CORPORATION DEBTOR** | § § | **CHAPTER 7** **CASE NO. 26-50660-alt** |

ORDER CONTINUING HEARING ON OBJECTION TO NO-ASSET REPORT AND REPORT OF ABANDONMENT

On the day this Order was signed, came to be considered the Motion to Continue Hearing regarding Objection to Trustee's No-Asset Report and Report of Abandonment, scheduled for August 24, 2026 at 10 am, and reschedule it for 30 days. The Court, having considered the Motion, finds that the Agreed Motion is meritorious and that notice is proper. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the hearing on Objection to Trustee's No-Asset Report and Report of Abandonment, is hereby continued for 30 days. It is further

ORDERED, ADJUDGED, and DECREED that Trustee shall be responsible for serving all parties on the mailing matrix with notice of the reset hearing/continuance.

###

RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
rosherow@hotmail.com

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE: ALPHA BUILDING CORPORATION** | § | **CHAPTER 7** |
| **DEBTOR** | § | **CASE NO. 26-50660-alt** |

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the Motion to Continue Hearing has been served upon the following parties in interest by U.S. first class mail, postage prepaid, this 19 day of August, 2026.

Alpha Building Corporation
121 Interpark Boulevard 200
San Antonio, TX 78216

Debtor

Space Exploration Technologies Corp.
Gregory G. Hesse
1445 Ross Avenue
Suite 3700
Dallas, TX 75202
Counsel for Objecting Creditor

U.S. Trustee
615 E Houston Street
Suite 533
San Antonio, TX 78205

Raymond W. Battaglia
Law Offices of Ray Battaglia
66 Granburg Circle
San Antonio, TX 78218
**Counsel for Debtor(s)**

SEE ATTACHED MAILING MATRIX FOR A LIST OF PARTIES SERVED WITH NOTICE.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

(p)BENETRENDS INC
P O BOX 824984
PHILADELPHIA PA 19182-4984

(p)EQUIPMENTSHARE
ATTN TIM JOHNSON
2000 E BROADWAY PMB 124
COLUMBIA MO 65201-6009

(p)LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

(p)TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
REVENUE ACCOUNTING DIV -
BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

A&O Des Build, LLC
Edcouch, TX 78538

AAR Incorporated
6640 Signat Dr
Houston, TX 77041-2724

All- Tex Pipe and Supply
2205 South 400
West Salt Lake City, UT 84115-2503

Broadway BAA, LLC
11075 Santa Monica Blvd., #250
Los Angeles, CA 90025-7592

Brownwood Pumps 2 LLC
PO Box 4521
McAllen, TX 78502-4521

Canon Financial Services, Inc
14904 Collections Center Dr
Chicago, IL 60693-0149

Canon Solutions America
One Canon Park
Melville, NY 11747-3036

City Public Service
PO Box 2678
San Antonio, TX 78289-0001

Cokinos Young P.C.
1221 Lamar St., 16th Fl.
Houston, TX 77010-3039

Cokinos
Young
c/o Craig E. Power
1221 Lamar Street, 16th Floor
Houston, TX 77010-3039

Comal County ISD
1404 IH 35 N
New Braunfels, TX 78130

ConstructConnect
PO Box 207121
Dallas, TX 75320-7121

Core Realty Holdings Management, Inc.
PO Box 781865
San Antonio, TX 78278-1865

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

David Flores
4228 N. McColl
Mcallen, TX 78504-2523

De La Garza Fence & Supply
6475 Old Hwy 90 West
San Antonio, TX 78227-3795

Ecowaste Solutions
PO Box 682
Whitehouse, TX 75791-0682

Element Thirty Creative
3900 Ridgeway Dr. Ste 100
San Antonio, TX 78259-1756

Ener-Tel
1911 S. Bryant Blvd.
San Angelo, TX 76903-8709

Enterprise Fleet Management
121 Interpark Blvd. Ste 200
San Antonio, TX 78216-1844

Environmental Design, Inc
23544 Coons Rd
Tomball, TX 77375-8202

Estate of Dorthea 'Jannette' Lummu
c/o Michael B. Patronella
300 Fannin St. #200
Houston, TX 77002-2057

Facility Solutions Group, Inc
PO Box 200942
Dallas, TX 75320-0942

Fox Commercial Services
PO Box 19047
Austin, TX 78760-9047

Gregory G. Hesse
1445 Ross Avenue
Suite 3700
Dallas, TX 75202

Harris County Toll Road Authority
7701 Wilshire Pl Dr
Houston, TX 77040-5326

Internal Revenue Service:
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

James Johnson
c/o Michael B.,Patronella,
300 Fannin St. #200
Houston, TX 77002-2057

JS Electric, Inc.
4702 FM 1327
Buda, TX 78610-9624

Juern Technology, LLC
2546 McArthur View
San Antonio, TX 78217

Kathleen Acock
229 Heavens Way
San Antonio, TX 78260-5819

Legacy Business Consulting
8245 FM 775
La Vernia, TX 78121-5665

Linda Hargrave
Michael B. Patronella
300 Fannin St. #200
Houston, TX 77002-2057

Lone Star Materials, Inc.
4100 West Expressway 83
La Feria, TX 78559

Memco
PO Box 301729
Dallas, TX 75303-1729

Omega Construction Services
121 Interpark Blvd. Suite 200
San Antonio, TX 78216-1844

Otis Elevator Company
4210 S Industrial Dr. Ste 110
Austin, TX 78744-1173

Raymond Dean Jones
c/o Michael B Patronella
300 Fannin St. #200
Houston, TX 77002-2057

Roy J. Kolojaco
c/o Michael B. Patronella
300 Fannin St #200
Houston, TX 77002-2057

Sapphire Construction Group, LLCP.
P.O. Box 530133
Harlingen, TX 78553-0133

Sean M. Rooney
11767 Katy Fwy, #929
Houston, TX 77079-1716

Small Business Adminstration
409 3rd St., SW
Washington, DC 20416-0002

Space Exploration Technologies Corp.
c/o Kaleb Bailey
600 Travis Street, Ste. 4200
Houston, Texas 77002-2929
Telephone: (713) 220-4200
Email: kbailey@hunton.com 77002-2929

Staples Inc
PO Box 405486
Atlanta, GA 30384-5486

Tacie Zelhart
PO Box 1269
Round Rock, TX 78680-1269

The County of Comal, Texas
McCreary Veselka Bragg & Allen, PC
c/o Julie Anne Parsons
PO Box 1269
Round Rock, TX 78680-1269

Vernon Eugene Shafer
c/0 Colin D Moore
350 Pine St., #1600
Beaumont, TX 77701-2443

Viking Fence Rental
9602 Gray Blvd.
Austin, TX 78758-5492